IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, L.P.,<br><br>    Defendants. | Civil Action No. 05-75 SLR<br><br>JURY TRIAL DEMANDED |

### AMENDED STIPULATED SCHEDULE FOR MOTION TO DISMISS

The parties stipulate, subject to approval of the Court, as follows:

1. Defendants shall answer, move or otherwise respond to the Complaint on or before March 31, 2005. If defendants file a motion to dismiss, they will file an opening brief with the motion.

2. If defendants file a motion to dismiss:

    a. Plaintiffs shall file an answering brief in opposition to the motion to dismiss on or before 30 days after service of defendants' opening brief.

    b. Defendants shall file a reply brief on or before 15 days after service of plaintiffs' answering brief.

    c. The two aforesaid filing dates for answering and reply briefs are subject to modification if defendants' motion to dismiss creates the

need for either of the parties to take discovery. In this event, the parties shall arrange a telephone conference with the court.

ROSENTHAL, MONHAIT, GROSS & GODDESS

/s/ Joseph A. Rosenthal

Joseph A. Rosenthal (#234)
Jeffrey S. Goddess (#630)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
   Attorneys for Plaintiffs

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Melissa L. Guinan

Jack B. Blumenfeld (#1014)
R. Judson Scaggs, Jr. (#2676)
Melissa L. Guinan (#4627)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
   Attorneys for Defendants

SO ORDERED this ____ day of _____, 2005

_____
      J.