IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-75 SLR |
| ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, L.P., | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendants Zeneca, Inc. and AstraZeneca Pharmaceuticals, LP move to dismiss the complaint for failure to state a claim upon which relief can be granted. Defendants also move to dismiss the complaint pursuant to Fed. R. Civ. P. 9(b) for failure to plead with particularity. The grounds are set forth more fully in defendants' opening brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL

OF COUNSEL:

| | |
|---|---|
| SIDLEY AUSTIN BROWN & WOOD LLP | */s/ R. Judson Scaggs, Jr. (#2676)* |
| Peter I. Ostroff | Jack B. Blumenfeld (#1014) |
| Mark E. Haddad | R. Judson Scaggs, Jr. (#2676) |
| Alycia A. Degen | 1201 North Market Street |
| 555 West Fifth Street | P. O. Box 1347 |
| Los Angeles, CA  90013 | Wilmington, DE  19899 |
| (213) 896-6000 | (302) 658-9200 |
| | *Attorneys for Defendants* |

March 31, 2005

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 31, 2005, the foregoing was served by electronic filing upon the following counsel of record:

>Joseph A. Rosenthal, Esquire
>Jeffrey S. Goddess, Esquire
>Rosenthal, Monhait, Gross & Goddess
>919 Market Street, Suite 1401
>P. O. Box 1070
>Wilmington, DE  19899-1070

/s/ R. Judson Scaggs, Jr. (#2676)