IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-75 SLR |
| ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, L.P., | ) ) ) ) | |
| Defendants. | ) | |

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Zeneca Inc., states that it is a wholly-owned subsidiary of Zeneca Holdings, Inc., which is a wholly-owned subsidiary of AstraZeneca PLC. American Depository Receipts of AstraZeneca PLC are traded on the New York Stock Exchange.

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant AstraZeneca Pharmaceuticals LP, states that it is a wholly-owned subsidiary of AstraZeneca PLC. American Depository Receipts of AstraZeneca PLC are traded on the New York Stock Exchange.

MORRIS, NICHOLS, ARSHT & TUNNELL

OF COUNSEL:

SIDLEY AUSTIN BROWN &
  WOOD LLP
Peter I. Ostroff
Mark E. Haddad
Alycia A. Degen
555 West Fifth Street
Los Angeles, CA  90013
(213) 896-6000

March 31, 2005

*/s/ R. Judson Scaggs, Jr. (#2676)*
Jack B. Blumenfeld (#1014)
R. Judson Scaggs, Jr. (#2676)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 31, 2005, the foregoing was served by electronic filing upon the following counsel of record:

>Joseph A. Rosenthal, Esquire
>Jeffrey S. Goddess, Esquire
>Rosenthal, Monhait, Gross & Goddess
>919 Market Street, Suite 1401
>P. O. Box 1070
>Wilmington, DE  19899-1070

*/s/ R. Judson Scaggs, Jr. (#2676)*