IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> ZENECA, INC.; and ASTRAZENECA PHARMACEUTICALS, L.P., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 1:05-cv-75 (SLR) <br> : <br> : <br> : <br> : |
| LINDA A. WATTERS, Commissioner, Offices of Financial and Insurance Services for the State of Michigan in her capacity as Rehabilitator of The Wellness Plan and in her capacity as Liquidator of Michigan Health Maintenance Organization Plans, Inc., formerly known as OmniCare Health Plan, Inc., individually and on behalf of all others similarly situated <br><br> Plaintiff, <br> vs. <br><br> ASTRAZENECA PHARMACEUTICALS, LP, and ZENECA, INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 1:05-cv-196 (SLR) <br> : <br> : <br> : <br> : |
| JOSEPH MACKEN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> ASTRAZENECA PHARMACEUTICALS LP; AND ZENECA, INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civil Action No. 1:05-cv-220 (SLR) <br> : <br> : <br> : |

## PLAINTIFFS' MOTION FOR THE ENTRY OF A PRETRIAL ORDER

Come now Plaintiffs Pennsylvania Employees Benefit Trust Fund, Linda A. Watters, and Joseph Macken, who move this Honorable Court for the entry of an order in the form of Exhibit 1 to Plaintiffs' Joint Brief in Support of Entry of Proposed Pretrial Order No. 1 for the reasons set forth in the Plaintiffs' Joint Brief in Support of Entry of Proposed Pretrial Order No. 1 filed simultaneously herewith.

Pursuant to Local Rule 7.1.1, Plaintiffs have attempted to reach an agreement with Defendants regarding Plaintiffs' motion for an entry of an order in the form of Exhibit 1 to Plaintiffs' Joint Brief in Support of Entry of Proposed Pretrial Order No. 1.

Plaintiffs provided a draft of the Proposed Pretrial Order No. 1 to Defendants on April 8, 2005. Plaintiffs then had several telephonic conferences with Defendants. Thereafter, Plaintiffs provided a revised draft on Wednesday, April 20, 2005. Plaintiffs explained that Defendants should submit their proposed edits to the draft by close of business on Thursday, April 21, 2005 because Plaintiffs would be seeking entry of Proposed Pretrial Order No. 1 on Friday, April 22, 2005. Defendants did not provide their comments in a timely manner. Notwithstanding their lack of timely written comments, Defendants have consented to the following relief provided in Proposed Pretrial Order No. 1: (1) consolidation of the above-captioned cases; (2) suspension of the briefing schedule of the Pennsylvania Employees Benefit Trust Fund Case; and (3) leave for Proposed Interim Co-Lead Counsel to file a Consolidated Class Action Complaint on or before May 27, 2005.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an order in the form of Exhibit 1 to Plaintiffs' Joint Brief in Support of Entry of Proposed Pretrial Order No. 1.

| | |
|---|---|
| | *[signature]* |
| Barbara Hart | Pamela S. Tikellis (D.S.B.A. No. 2172) |
| Christopher McDonald | Robert J. Kriner, Jr. (D.S.B.A. No. 2546) |
| GOODKIND LABATON RUDOFF | A. Zachary Naylor (D.S.B.A. No. 4439) |
|   & SUCHAROW | Robert R. Davis (D.S.B.A. No. 4536) |
| 100 Park Avenue | CHIMICLES & TIKELLIS LLP |
| New York, New York 10017 | One Rodney Square |
| ***Proposed Interim Co-Lead Counsel*** | P.O. Box 1035 |
| | Wilmington, Delaware 19899 |
| | ***Proposed Interim Liaison Counsel*** |
| | |
| Steve W. Berman | Jeffrey L. Kodroff |
| HAGENS BERMAN SOBOL | Theodore M. Lieverman |
|   SHAPIRO LLP | SPECTOR, ROSEMAN & KODROFF, P.C. |
| 1301 Fifth Avenue, Suite 2900 | 1818 Market Street, Suite 2500 |
| Seattle WA 98101 | Philadelphia, Pennsylvania 19103 |
|    -and- | ***Proposed Interim Co-Lead Counsel*** |
| Thomas M. Sobol | |
| HAGENS BERMAN SOBOL | |
|   SHAPIRO LLP | |
| One Main Street, 4th Floor | |
| Cambridge, MA 02142 | |
| ***Proposed Interim Co-Lead Counsel*** | |

***Of Counsel:***
Ronald S. Goldser
ZIMMERMAN REED, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400

Jason J. Thompson
CHARFOOS & CHRISTENSEN, P.C.
5510 Woodward Avenue
Detroit, MI 48202

James R. Malone, Jr.
Michael D. Gottsch
Daniel B. Scott
Timothy N. Mathews
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

Ellen Meriwether
Bryan L. Clobes
MILLER FAUCHER and CAFFERTY LLP
One Logan Square
18th & Cherry Streets, Suite 1700
Philadelphia, Pennsylvania 19103

L. Kendall Satterfield
Richard M. Volin
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007

Robert S. Schachter
Joseph Lipofsky
Paul Kleidman
ZWERLING, SCHACHTER
  & ZWERLING, LLP
41 Madison Avenue
32nd Floor
New York, NY 10010

Jeffrey S. Goddess
ROSENTHAL MONHAIT GROSS &
  GODDESS, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Richard Kirschner
KIRSCHNER & GARTRELL
4910 Massachusetts Ave., NW
Suite 215
Washington, D.C. 20016

5