IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, | : : : : | |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No. 1:05-cv-75 (SLR) |
| ZENECA, INC.; and ASTRAZENECA PHARMACEUTICALS, L.P., | : : : | |
| Defendants. | : : | |
| LINDA A. WATTERS, Commissioner, Offices of Financial and Insurance Services for the State of Michigan in her capacity as Rehabilitator of The Wellness Plan and in her capacity as Liquidator of Michigan Health Maintenance Organization Plans, Inc., formerly known as OmniCare Health Plan, Inc., individually and on behalf of all others similarly situated | : : : : : : : : | Civil Action No. 1:05-cv-196 (SLR) |
| Plaintiff, | : : | |
| vs. | : : | |
| ASTRAZENECA PHARMACEUTICALS, LP, and ZENECA, INC., | : : : | |
| Defendants. | : : | |
| JOSEPH MACKEN, on behalf of himself and all others similarly situated, | : : | |
| Plaintiff, | : : | |
| vs. | : : | |
| ASTRAZENECA PHARMACEUTICALS LP; AND ZENECA, INC., | : : : | Civil Action No. 1:05-cv-220 (SLR) |
| Defendants. | : : | |

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor do hereby certify that there was served two copies of

Plaintiffs' Motion For The Entry Of A Pretrial Order, Plaintiffs' Joint Brief in Support of

Entry of Proposed Pretrial Order No. 1 and its Exhibits in the manner indicated on April

22, 2005.

**BY HAND**
R. Judson Scaggs, Jr., Esquire
Natalie J. Haskins, Esquire
Morris Nichols Arsht and Tunnell
1201 North Market Street
Wilmington, DE 19801

**BY U.S. MAIL**
Mark E. Haddad, Esquire
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, California 90013

A. Zachary Naylor (D.S.B.A. No. 4439)