# Chimicles & Tikellis LLP

ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
M. Katherine Meermans
Candice L.H. Hegedus
Brian D. Long *
Joseph G. Sauder
Kimberly M. Donaldson
Daniel B. Scott
Fatema E.F. Burkey
Robert R. Davis *
Kimberly Marisa Litman
Timothy Newlyn Mathews
A. Zachary Naylor *

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin

*Attorneys admitted to
practice in Delaware

April 25, 2005

**BY HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re: *Pennsylvania Employees Benefit Trust Fund v. Zeneca, Inc., et. al.*, C.A. No. 05-75 (SLR); *Watters v. AstraZeneca Pharmaceuticals, L.P., et. al.*, C.A. No. 05-196 (SLR); *Macken v. AstraZeneca Pharmaceuticals, L.P., et. al.*, C.A. No. 05-220 (SLR)

Dear Chief Judge Robinson:

I write to submit chambers copies of Plaintiffs' Motion for the Entry of Pretrial Order and Plaintiffs' Joint Brief in Support of Entry of Proposed Pretrial Order No. 1 and it exhibits, each of which was filed electronically on Friday, April 22, 2005.

Should Your Honor have any questions I am available at the convenience of the Court.

Respectfully,

A. Zachary Naylor (D.S.B.A. #4439)

Enclosures
AZN/ald
cc: Clerk of the Court (w/o enclosures) (by electronic filing)
    R. Judson Scaggs, Esquire (w/o enclosures) (by hand delivery)
    Mark E. Haddad (w/o enclosures) (by U.S. Mail)

HAVERFORD OFFICE
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633