IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>ZENECA, INC.; and ASTRAZENECA PHARMACEUTICALS, L.P.,<br><br>    Defendants. | Civil Action No. 1:05-cv-75 (SLR) |
| LINDA A. WATTERS, Commissioner, Offices of Financial and Insurance Services for the State of Michigan in her capacity as Rehabilitator of The Wellness Plan and in her capacity as Liquidator of Michigan Health Maintenance Organization Plans, Inc., formerly known as OmniCare Health Plan, Inc., individually and on behalf of all others similarly situated<br><br>    Plaintiff,<br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, LP, and ZENECA, INC.,<br><br>    Defendants. | Civil Action No. 1:05-cv-196 (SLR) |
| JOSEPH MACKEN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS LP; AND ZENECA, INC.,<br><br>    Defendants. | Civil Action No. 1:05-cv-220 (SLR) |

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor do hereby certify that I caused to be served two copies of:

1. Notice of Withdrawal of Plaintiffs' April 22, 2005 Motion in Support of the Entry of a Pretrial Order.

2. Plaintiffs' Unopposed Motion in Support of Entry of [Proposed] Pretrial Order No. 1; and

3. [Proposed] Pretrial Order No. 1

in the manner indicated below.

**BY HAND**
R. Judson Scaggs, Jr., Esquire
Natalie J. Haskins, Esquire
Morris Nichols Arsht and Tunnell
1201 North Market Street
Wilmington, DE 19801

**BY U.S. MAIL**
Mark E. Haddad, Esquire
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, California 90013

A. Zachary Naylor (D.S.B.A. No. 4439)

2