# Chimicles & Tikellis LLP

ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington DE 19899
Telephone: {302} 656.2500
Telecopier: {302} 656.9053
E-mail: Mail@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
M. Katherine Meermans
Candice L.H. Hegedus
Brian D. Long *
Joseph G. Sauder
Kimberly M. Donaldson
Daniel B. Scott
Fatema E.F. Burkey
Robert R. Davis *
Kimberly Marisa Litman
Timothy Newlyn Mathews
A. Zachary Naylor *

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin

*Attorneys admitted to
practice in Delaware

May 5, 2005

**BY HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

> Re: *Pennsylvania Employees Benefit Trust Fund v. Zeneca, Inc., et. al.*, C.A. No. 05-75 (SLR); *Watters v. AstraZeneca Pharmaceuticals, L.P., et. al.*, C.A. No. 05-196 (SLR); *Macken v. AstraZeneca Pharmaceuticals, L.P., et. al.*, C.A. No. 05-220 (SLR)

Dear Chief Judge Robinson:

Enclosed are chambers copies of the Notice of Withdrawal of Plaintiffs' April 22, 2005 Motion in Support of the Entry of a Pretrial Order, Plaintiffs' Unopposed Motion in Support of Entry of [Proposed] Pretrial Order No.1, and [Proposed] Pretrial Order No. 1, each of which was filed electronically on Thursday May 5, 2005.

Should Your Honor have any questions I am available at the convenience of the Court

Respectfully,

A. Zachary Naylor (D.S.B.A. #4439)

Enclosures
AZN/ald
cc: Clerk of the Court (by electronic filing)
R. Judson Scaggs, Esquire (by hand delivery)
Mark E. Haddad, Esquire (by U.S. Mail)

HAVERFORD OFFICE
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: {610} 642.8500
Telecopier: {610} 649.3633