IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PENNSYLVANIA EMPLOYEES<br>BENEFIT TRUST FUND, on<br>behalf of itself and all<br>others similarly situated, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Civ. No. 05-075-SLR |
| ZENECA, INC. and ASTRAZENECA<br>PHARMACEUTICALS, L.P., | )<br>)<br>) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LINDA A. WATERS, Commissioner,<br>Offices of Financial and<br>Insurance Services for the<br>State of Michigan in her<br>capacity as Rehabilitator of<br>The Wellness Plan and in her<br>capacity as Liquidator of<br>Michigan Health Maintenance<br>Organization Plans, Inc.,<br>formerly known as OmniCare<br>Health Plan, Inc.,<br>individually and on behalf of<br>all others similarly situated, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Civ. No. 05-196-SLR |
| ASTRAZENECA PHARMACEUTICALS,<br>L.P. and ZENECA, INC., | )<br>)<br>) | |
| Defendants. | ) | |

```
JOSEPH MACKEN, on behalf of    )
himself and all others         )
similarly situated,            )
                               )
          Plaintiff,           )
                               )
     v.                        )   Civ. No. 05-220-SLR
                               )
ASTRAZENECA PHARMACEUTICALS,   )
L.P. and ZENECA, INC.,         )
                               )
          Defendants.          )
```

O R D E R

At Wilmington this 17th day of June, 2005, having reviewed defendants' motion for continuance and plaintiffs' opposition thereto;

IT IS ORDERED that said motion[1] (D.I. 21) is denied. The court has concerns about the proposed order submitted by plaintiffs (D.I. 16) and, therefore, has determined to meet with the parties to determine how these cases should be managed pretrial.

                                                _____
                                                United States District Judge

---

[1] Defendants' motion was filed in the three captioned cases: D.I. 21 in Civ. No. 05-075-SLR; D.I. 17 in Civ. No. 05-196; and D.I. 18 in Civ. No. 05-220-SLR.