# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

June 21, 2005

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE  19801

      Re:    Pennsylvania Employee Benefit Trust Fund v. AstraZeneca;
                C.A. No. 05-75 (SLR)
                Watters v. AstraZeneca; C.A. No. 05-196 (SLR)
                Macken v. AstraZeneca; C.A. No. 05-220 (SLR)

Dear Chief Judge Robinson:

      Enclosed is a defendants' proposed Scheduling Order, in connection with the telephone conference set for Thursday morning at 9:00.  We have discussed this proposal with plaintiffs' counsel, and the parties have agreed to submit separate proposals.  We look forward to discussing this with you on Thursday morning.

                                          Respectfully,

                                          /s/ *Jack B. Blumenfeld*

                                          Jack B. Blumenfeld

JBB/bls
Enclosure

    cc:    Peter T. Dalleo, Clerk (By Hand)
             Pamela S. Tikellis, Esquire (By Hand)
             Steve W. Berman, Esquire (By Fax)
             Peter I. Ostroff, Esquire (By Fax)