IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated,<br><br>                          Plaintiff,<br><br>v.<br><br>ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, L.P.<br><br>                          Defendants. | Civ. No. 05-075-SLR |
| LINDA A. WATERS, Commissioner, Offices of Financial and Insurance Services for the State of Michigan in her capacity as Rehabilitator of The Wellness Plan and in her capacity as Liquidator of Michigan Health Maintenance Organization Plans, Inc., formerly known as OmniCare Health Plan, Inc., individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P. and ZENECA, INC.<br><br>                          Defendants. | No. 05-196-SLR |
| JOSEPH MACKEN, on behalf of himself and all others similarly situated,<br><br>                          Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P. and ZENECA, INC.<br><br>                          Defendants. | Civ. No. 05-220-SLR |

**ORDER**

IT IS HEREBY ORDERED that the Motion of counsel for plaintiff for admission pro hac vice of Steve W. Berman of Hagens Berman Sobol Shapiro LLP, 1301 Fifth Avenue Suite 2900, Seattle, WA 98101 to represent the plaintiffs in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2005