IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE NEXIUM CONSUMER/PAYOR ADVERTISING LITIGATION | ) ) ) ) | Master File No. 1:05-cv-75<br><br>Hon. Sue L. Robinson, USDJ |
| LINDA A. WATTERS, Commissioner, Offices of Financial and Insurance Services for the State of Michigan in her capacity as Rehabilitator of The Wellness Plan and in her capacity as Liquidator of Michigan Health Maintenance Organization Plans, Inc., formerly known as OmniCare Health Plan, Inc., individually and on behalf of all others similarly situated,<br><br>Plaintiff | ) ) ) ) ) ) ) ) ) ) ) ) | **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE OF RONALD S. GOLDSER** |

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 6/23/05

Ronald S. Goldser – MN Bar # 35932
ZIMMERMAN REED, P.L.L.P.
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402
Telephone: 612.341.0400

Attorney for Plaintiff