IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE NEXIUM CONSUMER/PAYOR ADVERTISING LITIGATION ) ) ) ) | Master File No. 1:05-cv-75<br><br>Hon. Sue L. Robinson, USDJ |
| LINDA A. WATTERS, Commissioner, ) Offices of Financial and Insurance Services ) for the State of Michigan in her capacity as ) Rehabilitator of The Wellness Plan and in her ) capacity as Liquidator of Michigan Health ) Maintenance Organization Plans, Inc., formerly ) known as OmniCare Health Plan, Inc., ) individually and on behalf of all others ) similarly situated, ) ) Plaintiff ) | **ORDER GRANTING MOTION FOR PRO HAC VICE OF RONALD S. GOLDSER** |

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge