IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 05-075-SLR (Lead Case) |
| ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, L.P., | ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LINDA A. WATTERS, Commissioner, Offices of Financial and Insurance Services for the State of Michigan in her capacity as Rehabilitator of The Wellness Plan and in her capacity as Liquidator of Michigan Health Maintenance Organization Plans, Inc., formerly known as OmniCare Health Plan, Inc., individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 05-196-SLR |
| ASTRAZENECA PHARMACEUTICALS, L.P. and ZENECA, INC., | ) ) ) | |
| Defendants. | ) | |

```
JOSEPH MACKEN, on behalf of    )
himself and all others         )
similarly situated,            )
                               )
         Plaintiff,            )
                               )
    v.                         )   Civ. No. 05-220-SLR
                               )
ASTRAZENECA PHARMACEUTICALS,   )
L.P. and ZENECA, INC.,         )
                               )
         Defendants.           )
```

O R D E R

At Wilmington this 27th day of June, 2005, having identified several inconsistencies between Pretrial Order No. 1 submitted by the parties and this court's customary practices for consolidated civil case filings and e-filing standards;

IT IS ORDERED that said order (D.I. 23) is further[1] modified to reflect that paragraphs 7, 8, 9 and 10 are hereby eliminated and all references to filings made by the Clerk of Court are hereby replaced with the following instructions:

1.  The parties will e-file all pleadings and papers in accordance with this court's standing order regarding electronic filing policies and procedures, which can be viewed on the court's website.

2.  All future filings shall be made in the lead case only, Civ. No. 05-75-SLR. The court will only look to the lead

---

[1] The court previously modified the proposed Pretrial Order No. 1 to eliminate paragraph 26 prior to granting the order on June 23, 2005.

case as the record in these consolidated cases and therefore will <u>not</u> review the record made by the parties in the member cases.

    3.   The following consolidated case caption shall be used for all future filings:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 05-075-SLR (Lead Case) |
| ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, LP, | ) ) ) | |
| Defendants. | ) | |

                                    _____
                                    United States District Judge