# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

R. Judson Scaggs, Jr.
302.575.7340
302.425.3014
rscaggs@mnat.com

June 28, 2005

***BY ELECTRONIC FILING***

Clerk
U.S. District Court for the
 District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:   *Pennsylvania Employee Benefit Trust Fund v. Zeneca, Inc., et al.*, C.A. No. 05-075-SLR

Dear Sir/Madam:

    Melissa L. Guinan is no longer associated with Morris, Nichols, Arsht & Tunnell. Therefore, please remove from her from the service list in this matter.

    If you have any questions, please do not hesitate to contact me.

    Sincerely,

    */s/ R. Judson Scaggs, Jr.*

    R. Judson Scaggs, Jr.
    Morris, Nichols, Arsht & Tunnell

/lrg

cc:    Jeffrey S. Goddess, Esquire (By Email)
       A. Zachary Naylor, Esquire (By Email)