IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE NEXIUM CONSUMER/PAYOR ADVERTISING LITIGATION | : : : | Master File No. 1:05-cv-75 |
| _____ | : : | Hon. Sue L. Robinson, USDJ |
| This document relates to: All Actions | : : : | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Peter I. Ostroff, Mark E. Haddad, Linda S. Peterson, John W. Treece, Maja C. Eaton, Richard D. Raskin, Joshua E. Anderson, and Alycia A. Degen, of the law firm of Sidley Austin Brown & Wood, LLP to represent the Defendants AstraZeneca Pharmaceuticals, L.P. and Zeneca, Inc. in this matter.

                                               MORRIS, NICHOLS, ARSHT & TUNNELL

                                               */s/ Natalie J. Haskins*
                                               Jack B. Blumenfeld (#1014)
                                               R. Judson Scaggs, Jr. (#2676)
                                               Natalie J. Haskins (#4472)
                                               1201 North Market Street
                                               P. O. Box 1347
                                               Wilmington, DE  19899-1347
                                               (302) 658-9200
                                               Attorneys for Defendants AstraZeneca
                                               Pharmaceuticals, L.P. and Zeneca, Inc.

OF COUNSEL:

Peter I. Ostroff
Mark E. Haddad
Linda S. Peterson
Joshua E. Anderson
Alycia A. Degen
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street
Los Angeles, CA  90013
(213) 896-6000

John W. Treece
Maja C. Eaton
Richard D. Raskin
SIDLEY AUSTIN BROWN & WOOD LLP
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: June 27, 2005

Signed: _____
Peter I. Ostroff
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street
Los Angeles, CA 90013
(213) 896-6000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and of the District of Columbia, and am admitted, inactive, and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: June 27, 2005

Signed: _____
Mark E. Haddad
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street
Los Angeles, CA  90013
(213) 896-6000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: June 28, 2005

Signed: *Linda S. Peterson*
Linda S. Peterson
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street
Los Angeles, CA 90013
(213) 896-6000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Califonia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: June 23, 2005

Signed: *Joshua E. Anderson*
Joshua E. Anderson
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street
Los Angeles, CA  90013
(213) 896-6000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: June 23, 2005

Signed: *Alycia A. Degen*
Alycia A. Degen
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street
Los Angeles, CA 90013
(213) 896-6000

471192

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: June 24, 2005

Signed: _____
John W. Treece
SIDLEY AUSTIN BROWN & WOOD LLP
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: June 27, 2005

Signed: _____
Maja C. Eaton
SIDLEY AUSTIN BROWN & WOOD LLP
10 South Dearborn Street
Chicago, IL  60603
(312) 853-7000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: June 23, 2005

Signed: /s/ Richard D. Raskin
Richard D. Raskin
SIDLEY AUSTIN BROWN & WOOD LLP
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 29, 2005, a copy of the forgoing was served upon the following counsel of record:

**VIA E-FILING**

| | |
|---|---|
| Pamela S. Tikellis, Esquire<br>Robert J. Kriner, Esquire<br>A. Zachary Naylor, Esquire<br>Robert R. Davis, Esquire<br>Chimicles & Tikellis LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE  19899 | Joseph A. Rosenthal, Esquire<br>Jeffrey S. Goddess, Esquire<br>Rosenthal, Monhait, Gross & Goddess<br>919 Market Street, Suite 1401<br>P. O. Box 1070<br>Wilmington, DE  19899 |

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Barbara Hart, Esquire<br>Goodkind, Labaton ,Rudoff & Sucharow<br>100 Park Avenue<br>New York, NY 10017 | Thomas M. Sobol, Esquire<br>Hagens, Berman, Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142 |
| Steve W. Berman, Esquire<br>Hagens, Berman, Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101 | Jeffrey L. Kodroff<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103 |

/s/ Natalie J. Haskins
Natalie J. Haskins (#4472)