IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, LP,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 05-075-SLR<br>)  　　(Lead Case)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO DISMISS

Defendants AstraZeneca Pharmaceuticals, L.P. and Zeneca Inc. move to dismiss the Consolidated Class Action Complaint (a) pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted, (b) pursuant to Fed. R. Civ. P. 12(b)(1) for lack of jurisdiction over the subject matter, and (c) pursuant to Fed. R. Civ. P. 9(b) for failure to plead with particularity. The grounds are set forth more fully in AstraZeneca's Opening Brief in Support of their Motion to Dismiss, submitted herewith.

　　　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL

　　　　　　　　　　　　　　　　　　　　　　/s/ Natalie J. Haskins (#4472)
　　　　　　　　　　　　　　　　　　　　Jack B. Blumenfeld (#1014)
　　　　　　　　　　　　　　　　　　　　R. Judson Scaggs, Jr. (#2676)
　　　　　　　　　　　　　　　　　　　　Natalie J. Haskins (#4472)
　　　　　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　　　　　P. O. Box 1347
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-1347
　　　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

OF COUNSEL:

Peter I. Ostroff
Mark E. Haddad
Alycia A. Degen
Joshua E. Anderson
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
(213) 896-6000

John W. Treece
Maja C. Eaton
Richard D. Raskin
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000
  *Attorneys for Defendants*

July 1, 2005


#472556