## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 1, 2005, a copy of the forgoing was served upon the following counsel of record:

**VIA E-FILING**

| | |
|---|---|
| Pamela S. Tikellis, Esquire | Joseph A. Rosenthal, Esquire |
| Robert J. Kriner, Esquire | Jeffrey S. Goddess, Esquire |
| A. Zachary Naylor, Esquire | Rosenthal, Monhait, Gross & |
| Robert R. Davis, Esquire | Goddess |
| Chimicles & Tikellis LLP | 919 Market Street, Suite 1401 |
| One Rodney Square | P. O. Box 1070 |
| P.O. Box 1035 | Wilmington, DE  19899 |
| Wilmington, DE  19899 | |

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Barbara Hart, Esquire | Thomas M. Sobol, Esquire |
| Goodkind, Labaton, Rudoff | Hagens, Berman, Sobol |
| & Sucharow | Shapiro LLP |
| 100 Park Avenue | One Main Street, 4th Floor |
| New York, NY 10017 | Cambridge, MA  02142 |
| | |
| Steve W. Berman, Esquire | Jeffrey L. Kodroff |
| Hagens, Berman, Sobol | Spector, Roseman & Kodroff, P.C. |
| Shapiro LLP | 1818 Market Street, Suite 2500 |
| 1301 Fifth Avenue, Suite 2900 | Philadelphia, PA  19103 |
| Seattle, WA  98101 | |

*/s/ Natalie J. Haskins (#4472)*
Natalie J. Haskins (#4472)