## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on July 1, 2005, a copy of the forgoing was served

upon the following counsel of record:

### <u>VIA E-FILING</u>

Pamela S. Tikellis, Esquire          Joseph A. Rosenthal, Esquire
Robert J. Kriner, Esquire            Jeffrey S. Goddess, Esquire
A. Zachary Naylor, Esquire           Rosenthal, Monhait, Gross &
Robert R. Davis, Esquire             Goddess
Chimicles & Tikellis LLP             919 Market Street, Suite 1401
One Rodney Square                    P. O. Box 1070
P.O. Box 1035                        Wilmington, DE  19899
Wilmington, DE  19899


### <u>VIA FEDERAL EXPRESS</u>

Barbara Hart, Esquire                Thomas M. Sobol, Esquire
Goodkind, Labaton, Rudoff            Hagens, Berman, Sobol
& Sucharow                           Shapiro LLP
100 Park Avenue                      One Main Street, 4th Floor
New York, NY 10017                   Cambridge, MA  02142

Steve W. Berman, Esquire             Jeffrey L. Kodroff
Hagens, Berman, Sobol                Spector, Roseman & Kodroff, P.C.
Shapiro LLP                          1818 Market Street, Suite 2500
1301 Fifth Avenue, Suite 2900        Philadelphia, PA  19103
Seattle, WA  98101


*/s/ Natalie J. Haskins (#4472)*
Natalie J. Haskins (#4472)