IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS<br><br>     Plaintiffs,<br><br>   v.<br><br>ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, LP,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-075-SLR<br>)   (Lead Case)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' APPENDIX IN SUPPORT OF THEIR MOTION TO DISMISS**

OF COUNSEL:

Peter I. Ostroff
Mark E. Haddad
Alycia A. Degen
Joshua E. Anderson
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
(213) 896-6000

John W. Treece
Maja C. Eaton
Richard D. Raskin
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000
 *Attorneys for Defendants*

July 1, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL
Jack B. Blumenfeld (#1014)
R. Judson Scaggs, Jr. (#2676)
Natalie J. Haskins (#4472)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
 *Attorneys for Defendants*

Defendants AstraZeneca Pharmaceuticals, L.P. and Zeneca Inc. respectfully submit this Appendix in Support of their Motion to Dismiss.

|  | TAB |
|---|---|
| **STATUTES** | |
| 21 U.S.C. § 321 | 1 |
| 21 U.S.C. § 331 | 2 |
| 21 U.S.C. § 352 | 3 |
| 21 U.S.C. § 353 | 4 |
| 21 U.S.C. § 355 | 5 |
| **FEDERAL REGULATIONS** | |
| 21 C.F.R. § 10.25 | 6 |
| 21 C.F.R. § 201.56 | 7 |
| 21 C.F.R. § 201.57 | 8 |
| 21 C.F.R. § 201.100 | 9 |
| 21 C.F.R. § 202.1 | 10 |
| 21 C.F.R. § 310.3 | 11 |
| 21 C.F.R. § 312.21 | 12 |
| 21 C.F.R. § 314.50 | 13 |
| 21 C.F.R. § 314.81 | 14 |
| 21 C.F.R. § 314.105 | 15 |
| 21 C.F.R. § 314.125 | 16 |
| 21 C.F.R. § 314.126 | 17 |
| **FEDERAL REGISTER** | |
| 60 Fed. Reg. 42,581-82 (Aug. 16, 1995) | 18 |
| **OTHER AUTHORITIES** | |
| 3 Trade Reg. Rep. (CCH) ¶ 7765 | 19 |

|  | **TAB** |
|---|---|
| *Working Agreement Between FTC and Food and Drug Administration*, 4 Trade Reg. Rep (CCH) ¶ 9851 (1971) | 20 |
| FDA Division of Drug Marketing, Advertising, and Communications Frequently Asked Questions (http://www.fda.gov/cder/ddmac/FAQS.HTM) | 21 |
| Letter from Thomas W. Abrams, Director, Division of Drug Marketing, Advertising and Communications, to Fred Hassan, President and CEO, Pharmacia Corp. (Feb. 1, 2001) (http://www.fda.gov/cder/warn/2001/DD8432.pdf) | 22 |
| FDA, *Guidance for Industry: Clinical Studies Section of Labeling for Prescription Drugs and Biologics – Content and Format* (July 2001) (DRAFT) (http://www.fda.gov/guidance/1890dft.htm) | 23 |
| Statement of Janet Woodcock, M.D. before the Sen. Special Comm. on Aging, July 22, 2003 (www.hhs.gov/asl/testify/t030722b.html) | 24 |
| Letter from Lisa L. Stockbridge, Regulatory Review Officer, Division of Drug Marketing, Advertising, and Communications, to Vincent DeStefano, Associate Director of Regulatory Affairs, Novartis (Dec. 3, 2002) (http://www.fda.gov/cder/warn/2002/10972.pdf) | 25 |

#472554