## CERTIFICATE OF SERVICE

The undersigned certifies that on July 1, 2005, a copy of the forgoing was served upon the following counsel of record:

### VIA E-FILING

Pamela S. Tikellis, Esquire
Robert J. Kriner, Esquire
A. Zachary Naylor, Esquire
Robert R. Davis, Esquire
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Joseph A. Rosenthal, Esquire
Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

### VIA FEDERAL EXPRESS

Barbara Hart, Esquire
Goodkind, Labaton, Rudoff & Sucharow
100 Park Avenue
New York, NY 10017

Thomas M. Sobol, Esquire
Hagens, Berman, Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Steve W. Berman, Esquire
Hagens, Berman, Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

*/s/ Natalie J. Haskins (#4472)*
Natalie J. Haskins (#4472)