IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ZENECA, INC.; and ASTRAZENECA PHARMACEUTICALS, LP, )<br><br>Defendants. ) | C.A. No. 05-075 SLR<br>(Lead Case) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admissions *pro hac vice* of Jeffrey L. Kodroff, Esquire and Theodore M. Lieverman, Esquire, of Spector, Roseman & Kodroff, P.C., 1818 Market Street, Suite 2500, Philadelphia, PA 19103, to represent plaintiffs in this matter.

Dated: 7/6/05

A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
One Rodney Square
Wilmington, DE 19801
(302) 656-2500
    Attorney for Plaintiffs