IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-075 SLR |
| v. | ) ) | (Lead Case) |
| ZENECA, INC.; and ASTRAZENECA PHARMACEUTICALS, LP, | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 5, 2005

Jeffrey L. Kodroff, Esquire
Spector, Roseman & Kodroff, P.C.
1818 Market Street #2500
Philadelphia, PA 19103
(215) 496-0300