## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PENNSYLVANIA EMPLOYEES )
BENEFIT TRUST FUND, on )
behalf of itself and all others )
similarly situated, )
JOSEPH MACKEN, and )
COMMISSIONER LINDA A. WATTERS, )
                            )
           Plaintiffs, )
                            )      C.A. No. 05-075 SLR
     v. )      (Lead Case)
                            )
ZENECA, INC.; and ASTRAZENECA )
PHARMACEUTICALS, LP, )
                            )
           Defendants. )

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* of Jeffrey L.

Kodroff, Esquire and Theodore M. Lieverman, Esquire, is granted.


Date: _____               _____

                                           United States District Judge