## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 6th day of July, 2005, I caused two copies of the foregoing Motions for Admission <u>Pro Hac Vice</u> and supporting documents to be served on the following counsel addressed as follows:

| **BY HAND** | **BY UPS** |
|---|---|
| R. Judson Scaggs, Jr., Esquire | Mark E. Haddad, Esquire |
| Natalie J. Haskins, Esquire | Sidley Austin Brown & Wood |
| Morris Nichols Arsht and Tunnell | 555 West Fifth Street |
| 1201 North Market Street | Los Angeles, California 90013 |
| Wilmington, DE 19801 | |

_____
A. Zachary Naylor (No. 4439)