IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on Behalf of itself and all Others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS.<br><br>Plaintiffs,<br><br>v.<br><br>ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, LP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civ. No. 05-075-SLR<br>) (Lead case)<br>)<br>)<br>)<br>) |

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jason J. Thompson to represent LINDA A. WATTERS, Commissioner, Offices of Financial and Insurance Services for the State of Michigan in her capacity as Rehabilitator of The Wellness Plan and in her capacity as Liquidator of Michigan Health Maintenance Organization Plans, Inc., formerly known as OmniCare Health Plan, Inc., individually and on behalf of all others similarly situated, in this matter.

Date: 7/6/05

A. Zachary Naylor – DE Bar #4439
CHIMICLES & TIKELLIS LLP
P.O. Box 1035
One Rodney Square
Wilmington, DE 19899
Telephone: 302.656.2500

Attorney for Plaintiff