IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on Behalf of itself and all Others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS. <br><br> Plaintiffs, <br><br> v. <br><br> ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, LP, <br><br> Defendants. | Civ. No. 05-075-SLR <br> (Lead case) |

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
United States District Judge