CERTIFICATION OF BARBARA J. HART
IN SUPPORT OF ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am admitted, practicing and in good standing as a member of the Bar of the State of New York, and the United States District Courts for the Southern District and Eastern District of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of this action. I also certify I am generally familiar with this Court's Local Rules.

Barbara J. Hart
Goodkind Labaton Rudolph & Sucharow LLP
100 Park Avenue
New York, NY 10017

Dated: 7/6/05