IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, L.P.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 05-075-SLR<br>)      (Lead Case)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

IT IS HEREBY ORDERED that the motion of counsel for plaintiff for admission pro hac vice of Christopher J. McDonald and Barbara J. Hart of Goodkind Labaton Rudolph & Sucharow LLP, 100 Park Avenue, New York, NY 10017 to represent plaintiff in this matter is hereby GRANTED.

                                            _____
                                            United States District Judge

Dated: _____, 2005