## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 8th day of July, 2005, I caused two copies of the foregoing Motion for Admission Pro Hac Vice and supporting documents to be served on the following counsel addressed as follows:

**BY HAND**
R. Judson Scaggs, Jr., Esquire
Natalie J. Haskins, Esquire
Morris Nichols Arsht and Tunnell
1201 North Market Street
Wilmington, DE 19801

**BY UPS**
Mark E. Haddad, Esquire
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, California 90013

_____
A. Zachary Naylor (No. 4439)