# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Natalie J. Haskins
302 575 5110
302 498 6233 Fax
nhaskins@mnat.com

July 11, 2005

**VIA E-FILING**

U.S. District Court of Delaware
ATTN: Clerk
Federal Building
844 King Street
Wilmington, DE 19801

Re: Pennsylvania Employee Benefit Trust Fund
v. Zeneca, Inc., et al.
Case Number: 1:05-cv-75

Dear Sir/Madam:

Please be advised that Melissa L. Guinan is no longer affiliated with our firm and the above-referenced case. Please remove Ms. Guinan from all future notices but continue to send any and all notices to my attention.

Sincerely,

s/s Natalie J. Haskins (#4472)
Morris, Nichols, Arsht & Tunnell
nhaskins@mnat.com

njh/blh