IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS<br><br>Plaintiffs,<br><br>v.<br><br>ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, LP,<br><br>Defendants. | Civ. No. 05-075-SLR<br>(Lead Case) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that on July 21, 2005, she caused to be served by copies of Defendants' Fed. R. Civ. P. 26(a)(1) Initial Disclosures and Notice of Service upon the following counsel of record:

**HAND DELIVERY**

Pamela S. Tikellis, Esquire
Robert J. Kriner, Esquire
A. Zachary Naylor, Esquire
Robert R. Davis, Esquire
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899

Joseph A. Rosenthal, Esquire
Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**

Barbara Hart, Esquire
Goodkind, Labaton, Rudoff
& Sucharow
100 Park Avenue
New York, NY 10017

Steve W. Berman, Esquire
Hagens, Berman, Sobol
Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Thomas M. Sobol, Esquire
Hagens, Berman, Sobol
Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Natalie J. Haskins (#4472)*
Jack B. Blumenfeld (#1014)
R. Judson Scaggs, Jr. (#2676)
Natalie J. Haskins (#4472)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
    *Attorneys for Defendants*