IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATERS,<br><br>        Plaintiff,<br><br>vs.<br><br>ZENECA, INC.; and ASTRAZENECA PHARMACEUTICALS, L.P.,<br><br>        Defendants. | : <br>: <br>: <br>: <br>: <br>: Civil Action No. 1:05-cv-75 (SLR)<br>: <br>: <br>: <br>: <br>: <br>: <br>: |

### NOTICE OF SERVICE

The undersigned counsel hereby certifies that on July 21, 2005, Steve Berman of Hagens Berman Sobol Shapiro LLP of Seattle, Washington, Interim Co-Lead Counsel, caused to be served copies of Plaintiffs' Fed. R. Civ. P. 26(a)(1) Initial Disclosures and Notice of Service upon the following counsel:

**BY FEDERAL EXPRESS**
*Tracking No.: 1Z X2X 719 01 5293 8812*
R. Judson Scaggs, Jr., Esquire
Natalie J. Haskins, Esquire
Morris Nichols Arsht and Tunnell
1201 North Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
*Tracking No.: 1Z X2X 719 01 5293 8812*
Mark E. Haddad, Esquire
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, California 90013

Dated: July 22, 2005        CHIMICLES & TIKELLIS LLP

*/s/ A. Zachary Naylor*
Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Attorneys for Plaintiffs

2