IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, L.P. <br><br> Defendants. | Civ. No. 05-075-SLR |

### MOTION PRO HAC VICE

A. Zachary Naylor, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission pro hac vice of Thomas M. Sobol of Hagens Berman Sobol Shapiro, LLP, One Main Street, 4th Floor, Cambridge, Massachusetts 02142 to represent plaintiff, in this action. The annual fee has previously been paid by Mr. Sobol.

Dated: September 9, 2005

CHIMICLES & TIKELLIS LLP

Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899
(302) 656-2500
Attorneys for Plaintiffs