CERTIFICATION OF THOMAS M. SOBOL
IN SUPPORT OF ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: 9/9/05

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, Massachusetts 02142