IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, L.P.<br><br>   Defendants. | Civ. No. 05-075-SLR |

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Thomas M. Sobol of Hagens Berman Sobol Shapiro, LLP, One Main Street, 4th Floor, Cambridge, Massachusetts 02142 to represent the plaintiffs in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2005