IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PENNSYLVANIA EMPLOYEE BENEFIT
TRUST FUND, on behalf of itself and all others
similarly situated, JOSEPH MACKEN, and
COMMISSIONER LINDA A. WATTERS,

Civ. No. 05-075-SLR
(Lead Case)

Plaintiffs,

v.

ZENECA, INC. and ASTRAZENECA
PHARMACEUTICALS, L.P.,

Defendants.

## **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

As permitted by Local Rule 7.1.2(c), plaintiffs hereby notify the Court of a recent decision in a related case. The present case is a class action on behalf of Nexium purchasers nationwide, except California and Massachusetts, where separate single-state class actions are pending. The defendants moved to dismiss the plaintiffs' claims in those actions before moving to dismiss here. The California court just issued its ruling, attached hereto as Exhibit A. The court denied the motions as to the individual plaintiffs, rejecting the same dismissal arguments asserted by defendants in their dismissal motion here. The court addressed individual damages and causation at pp. 5-7, federal preemption at pp. 9-11, the First Amendment at pp. 11-12, the abstention doctrine at p. 12, and any state-law safe harbor at pp. 12-13. The court found at p. 7 that the organizational plaintiffs lacked standing on their unique California claim.

DATED:  September 27, 2005

CHIMICLES & TIKELLIS LLP

Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
Robert R. Davis (#4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899
Telephone:  (302) 656-2500
Facsimile:  (302) 656-9053

*Interim Liaison Counsel for Plaintiffs*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO
  LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292

Barbara J. Hart
Christopher J. McDonald
GOODKIND LABATON RUDOFF &
  SUCHAROW, LLP
100 Park Avenue
New York, NY  10017
Telephone:  (212) 907-0700

Jeffrey L. Kodroff
Theodore M. Lieveman
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300

*Interim Co-Lead Counsel for Plaintiffs*

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO
 LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone:  (617) 482-3700

James R. Malone, Jr.
Michael D. Gottsch
Daniel B. Scott
Timothy N. Mathews
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA  19041
Telephone:  (610) 642-8500

Ellen Meriwether
Bryand L. Clobes
MILLER FAUCHER & CAFFERTY LLP
One Logan Square
18th & Cherry Streets, Suite 1700
Philadelphia, PA  19103
Telephone:  (215) 864-2800

L. Kendall Satterfield
Richard M. Volin
FINKELSTEIN, THOMPSON &
 LOUGHRAN
1050 30th Street, N.W.
Washington, D.C.  20007
Telephone:  (202) 337-8000

Robert S. Schachter
Joseph Lipofsky
Paul Kleidman
ZWERLING, SCHACHTER &
 ZWERLING, LLP
41 Madison Avenue, 32nd Floor
New York, NY  10010
Telephone:  (212) 223-3900

Richard Kirschner
KIRSCHNER & GARTRELL
4910 Massachusetts Ave., NW, Suite 215
Washington, D.C.  20016
Telephone:  (202) 775-0087

Ronald S. Goldser
ZIMMERMAN REED, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402
Telephone:  (612) 341-0400

Jason J. Thompson
CHARFOOS & CHRISTENSEN, P.C.
5510 Woodward Avenue
Detroit, MI  48202
Telephone:  (313) 875-8080

Jeffrey S. Goddess
ROSENTHAL MONHAIT GROSS &
   GODDESS, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801
Telephone:  (302) 656-4433

*Attorneys for Plaintiffs*