IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS,<br><br>Plaintiffs,<br><br>v.<br><br>ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, L.P.,<br><br>Defendants. | Civ. No. 05-075-SLR<br>(Lead Case) |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective September 30, 2005, the name of Goodkind Labaton Rudoff & Sucharow LLP, Counsel for Plaintiffs, will change to:

Labaton Sucharow & Rudoff LLP

The firm's Address, telephone and facsimile numbers remain the same.

DATED: October 3, 2005

CHIMICLES & TIKELLIS LLP

Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
Robert R. Davis (#4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656-2500
Facsimile: (302) 656-9053

*Interim Liaison Counsel for Plaintiffs*

- 1 -

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO
 LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292

Barbara J. Hart
Christopher J. McDonald
LABATON SUCHAROW &
 RUDOFF, LLP
100 Park Avenue
New York, NY 10017
Telephone: (212) 907-0700

Jeffrey L. Kodroff
Theodore M. Lieveman
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300

*Interim Co-Lead Counsel for Plaintiffs*

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO
 LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700

James R. Malone, Jr.
Michael D. Gottsch
Daniel B. Scott
Timothy N. Mathews
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

Ellen Meriwether
Bryand L. Clobes
MILLER FAUCHER & CAFFERTY LLP
One Logan Square
18th & Cherry Streets, Suite 1700
Philadelphia, PA 19103
Telephone: (215) 864-2800

L. Kendall Satterfield
Richard M. Volin
FINKELSTEIN, THOMPSON &
 LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000

Robert S. Schachter
Joseph Lipofsky
Paul Kleidman
ZWERLING, SCHACHTER &
 ZWERLING, LLP
41 Madison Avenue, 32nd Floor
New York, NY 10010
Telephone: (212) 223-3900

Richard Kirschner
KIRSCHNER & GARTRELL
4910 Massachusetts Ave., NW, Suite 215
Washington, D.C. 20016
Telephone: (202) 775-0087

Ronald S. Goldser
ZIMMERMAN REED, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: (612) 341-0400

Jason J. Thompson
CHARFOOS & CHRISTENSEN, P.C.
5510 Woodward Avenue
Detroit, MI 48202
Telephone: (313) 875-8080

- 4 -

        Jeffrey S. Goddess
        ROSENTHAL MONHAIT GROSS &
          GODDESS, P.A.
        919 Market Street, Suite 1401
        Wilmington, DE  19801
        Telephone:  (302) 656-4433

*Attorneys for Plaintiffs*