## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 3rd day of October, 2005, I caused copies of the foregoing Notice of Firm Name Change to be served on the following counsel by electronic filing:

R. Judson Scaggs, Jr., Esquire
Natalie J. Haskins, Esquire
MORRIS NICHOLS ARSHT &
  TUNNELL
1201 North Market Street
Wilmington, DE 19801

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO
  LLP
1301 Fifth Ave., Suite 2900
Seattle, WA 98101

Christopher J. McDonald
GOODKIND LABATON RUDOFF &
  SUCHAROW, LLP
100 Park Avenue
New York, NY 10017

Mark E. Haddad, Esquire
SIDLEY AUSTIN BROWN & WOOD
555 West Fifth Street
Los Angeles, California 90013

Jeffrey L. Kodroff
SPECTOR, ROSEMAN & KODROFF,
  P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103


_____
A. Zachary Naylor (No. 4439)