IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS<br><br>           Plaintiffs,<br><br>    v.<br><br>ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, LP,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 05-075-SLR<br>)      (Lead Case)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that on October 6, 2005, she caused to be served copies of Defendants' Response to Plaintiffs' First Request for Production of Documents and Things Relating to Class Certification and Notice of Service upon the following counsel of record:

**HAND DELIVERY**

Pamela S. Tikellis, Esquire
Robert J. Kriner, Esquire
A. Zachary Naylor, Esquire
Robert R. Davis, Esquire
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Joseph A. Rosenthal, Esquire
Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Natalie J. Haskins (#4472)*
Jack B. Blumenfeld (#1014)
R. Judson Scaggs, Jr. (#2676)
Natalie J. Haskins (#4472)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  *Attorneys for Defendants*

475295