## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of Plaintiffs' Motion for Judicial Notice of FDA Rulings has been raised by plaintiffs' interim co-lead counsel, Steve Berman, Esquire of Hagens Berman Sobol Shapiro LLP, with Mark E. Haddad, Esquire of Sidley Austin Brown & Wood LLP, counsel for the Defendants.  Plaintiffs counsel has been advised that the defendants oppose the Motion.

Dated: October 21, 2005                    CHIMICLES & TIKELLIS LLP


Pamela S. Tikellis (No. 2172)
Robert J. Kriner, Jr. (No. 2546)
A. Zachary Naylor (No. 4439)
Robert R. Davis (No. 4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899
(302) 656-2500

Attorneys for Plaintiffs