UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and all others similarly situated,<br><br>                            Plaintiffs,<br><br>   v.<br><br>ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, L.P.,<br><br>                            Defendants. | No. 05-075-SLR |

### ORDER

IT IS HEREBY ORDERED that Plaintiffs' Motion for Judicial Notice of FDA Rulings is hereby GRANTED.

                                                                                     _____
                                                                                     United States District Judge

Dated: _____, 2005