IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
PENNSYLVANIA EMPLOYEE BENEFIT )
TRUST FUND, on behalf of      )
itself and all others         )
similarly situated, JOSEPH    )
MACKEN, and COMMISSIONER LINDA)
A. WATTERS,                   )
                              )
          Plaintiffs,         )
                              )
     v.                       )   Civ. No. 05-075-SLR
                              )        (Lead Case)
ZENECA, INC. and ASTRAZENECA  )
PHARMACEUTICALS, L.P.,        )
                              )
          Defendants.         )
```

O R D E R

At Wilmington this 8th day of November, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion to dismiss (D.I. 32) is granted.

_____
United States District Judge