IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT ) <br> TRUST FUND, on behalf of ) <br> itself and all others ) <br> similarly situated, JOSEPH ) <br> MACKEN, and COMMISSIONER LINDA) <br> A. WATTERS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ZENECA, INC. and ASTRAZENECA ) <br> PHARMACEUTICALS, L.P., ) <br> ) <br> Defendants. ) | Civ. No. 05-075-SLR <br> (Lead Case) |

**O R D E R**

At Wilmington this 8th day of November, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion to dismiss (D.I. 32) is granted.

 

_____
United States District Judge