NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

PENNSYLVANIA EMPLOYEES BENEFIT
TRUST FUND, on behalf of itself and all others
similarly situated, JOSEPH MACKEN, and
COMMISSIONER LINDA A. WATTERS,

                  Plaintiffs,

v.

ZENECA, INC. and ASTRAZENECA
PHARMACEUTICALS, L.P.,

                  Defendants.

**CIRCUIT COURT**
**DOCKET NUMBER:** _____

**DISTRICT COURT**
**DOCKET NUMBER:** 05-075-SLR

**DISTRICT COURT JUDGE:**

SUE L. ROBINSON, CHIEF JUDGE

Notice is hereby given that Pennsylvania Employees Benefit Trust Fund, Joseph Macken, and Commissioner Linda A. Watters appeal to the United States Court of Appeals for the Third Circuit from the Order entered in this action on November 8, 2005 (D.I. #56). A true and correct copy of the Order is attached to this Notice as Exhibit A.

Dated: December 7, 2005

_/s/ Pamela S. Tikellis_
Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
Robert R. Davis (#4539)
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Tel.: (302) 656-2500
Fax: (302) 656-9053

*Counsel for Plaintiffs/Appellant*

Additional counsel for Plaintiffs listed on the attached sheet.

Jack B. Blumenfeld (#1014)
R. Judson Scaggs, Jr. (#2676)
MORRIS NICHOLS ARSHT
  & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Tel.: (302) 658-9200
Fax: (302) 658-3989

*Counsel for Defendants/Appellees*

Additional Counsel for Defendants listed on the attached sheet.

LIST OF ADDITIONAL COUNSEL
Case No. 1:05-cv-00075-SLR

**FOR PLAINTIFFS**:

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594

Jeffrey L. Kodroff
Theodore M. Lieveman
Spector Roseman & Kodroff P.C.
1818 Market St., Suite 2500
Philadelphia, PA 19106
Tel.: (215) 496-0300
Fax: (215) 496-6611

Jeffrey S. Goddess (#630)
Rosenthal, Monhait, Gross & Goddess
919 Market St., Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Tel.: (302) 656-4433

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Tel.: (612) 341-0400

Barbara J. Hart
Christopher J. McDonald
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Ave.
New York, New York 10017-5563
Tel.: (212) 907-0700
Fax: (212) 818-0477

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel.: (617) 482-3700
Fax: (617) 482-3003

Jason J. Thompson
Charfoos & Christensen, P.C.
5510 Woodward Ave.
Detroit, MI 48202

**FOR DEFENDANTS**:

Peter I. Ostroff
Mark E. Haddad
Linda S. Peterson
Alycia A. Degen
Joshua E. Anderson
Sidley Austin Brown & Wood LLP
555 W. 1st St., Suite 4000
Los Angeles, CA  90013
Tel.:  (213) 896-6000
Fax:  (213) 896-6600

John W. Treece
Maja C. Eaton
Richard D. Raskin
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 S. Dearborn St.
Chicago, IL.  60603
Tel.:  (312) 853-2170
Fax:  (312) 853-7036