# EXHBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT )<br>TRUST FUND, on behalf of )<br>itself and all others )<br>similarly situated, JOSEPH )<br>MACKEN, and COMMISSIONER LINDA)<br>A. WATTERS, )<br>                                  )<br>      Plaintiffs, )<br>                                  )<br>  v. )<br>                                  )<br>ZENECA, INC. and ASTRAZENECA )<br>PHARMACEUTICALS, L.P., )<br>                                  )<br>      Defendants. ) | Civ. No. 05-075-SLR<br>(Lead Case) |

O R D E R

At Wilmington this 8th day of November, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion to dismiss (D.I. 32) is granted.

                                                          /s/ [signature]
                                                   United States District Judge