## **CERTIFICATE OF SERVICE**

I, A. Zachary Naylor, do hereby certify that on this 7th day of December, 2005, I caused copies of the foregoing Notice of Appeal to be served on the following counsel by hand delivery and electronic filing:

Jack B. Blumenfeld (#1014)
R. Judson Scaggs, Jr. (#2676)
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Tel.: (302) 658-9200
Fax: (302) 658-3989

I further certify that on this 7th day of December, 2005, I caused copies of the foregoing Notice of Appeal to be served on the following by electronic filing:

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel.: (617) 482-3700
Fax: (617) 482-3003

Barbara J. Hart
Christopher J. McDonald
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Ave.
New York, New York 10017-5563
Tel.: (212) 907-0700
Fax: (212) 818-0477

Jeffrey L. Kodroff
Theodore M. Lieveman
Spector Roseman & Kodroff P.C.
1818 Market St., Suite 2500
Philadelphia, PA 19106
Tel.: (215) 496-0300
Fax: (215) 496-6611

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594

Jeffrey S. Goddess (#630)
Rosenthal, Monhait, Gross & Goddess
919 Market St., Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Tel.: (302) 656-4433

Jason J. Thompson
Charfoos & Christensen, P.C.
5510 Woodward Ave.
Detroit, MI 48202

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Tel.: (612) 341-0400

| | |
|---|---|
| Peter I. Ostroff | John W. Treece |
| Mark E. Haddad | Maja C. Eaton |
| Linda S. Peterson | Richard D. Raskin |
| Alycia A. Degen | Sidley Austin Brown & Wood LLP |
| Joshua E. Anderson | Bank One Plaza |
| Sidley Austin Brown & Wood LLP | 10 S. Dearborn St. |
| 555 W. 1st St., Suite 4000 | Chicago, IL. 60603 |
| Los Angeles, CA 90013 | Tel.: (312) 853-2170 |
| Tel.: (213) 896-6000 | Fax: (312) 853-7036 |
| Fax: (213) 896-6600 | |

A. Zachary Naylor (DSBA No. 4439)