# Chimicles & Tikellis LLP

ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
M. Katherine Meermans
Candice L.H. Hegedus
Joseph G. Sauder
Kimberly M. Donaldson
Daniel B. Scott
Fatema E.F. Burkey
Robert R. Davis *
Kimberly M. Litman
Timothy N. Mathews
A. Zachary Naylor *
Timothy P. Briggs

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin

*Attorneys admitted to
practice in Delaware

December 7, 2005

**BY U.S. MAIL**
The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re: *Pennsylvania Employees Benefit Trust Fund, et. al. v. Zeneca, Inc., et. al.*, C.A. No. 05-75 (SLR)

Dear Chief Judge Robinson:

We enclose, pursuant to Third Circuit Local Appellate Rule 3.1, a copy of the Notice of Appeal filed today in the District Court on behalf of Plaintiffs Pennsylvania Employees Benefit Trust Fund, Joseph Macken and Commissioner Linda A. Watters in the above-captioned matter.

Respectfully,

A. Zachary Naylor (D.S.B.A. #4439)

Enclosure
AZN/ald
cc: U.S. District Court Clerk (by electronic filing)
    R. Judson Scaggs, Esquire (by electronic filing)
    Mark E. Haddad, Esquire (by electronic filing)
    Barbara J. Hart, Esquire (by electronic filing)
    Steve W. Berman, Esquire (by electronic filing)
    Jeffrey L. Kodroff, Esquire (by electronic filing)

HAVERFORD OFFICE
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633