IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS<br><br>Plaintiffs,<br><br>v.<br><br>ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, LP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 05-075-SLR<br>)        (Lead Case)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF FIRM NAME AND CHANGE OF OFFICE ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective January 1, 2006, Sidley Austin Brown & Wood LLP, attorneys for AstraZeneca Pharmaceuticals LP and Zeneca Inc. in the referenced action, will be known as Sidley Austin LLP. The address, telephone and facsimile information, as well as the email addresses for individual attorneys, will remain the same.

PLEASE TAKE FURTHER NOTICE that, effective November 24, 2005, Sidley Austin LLP changed its Chicago office address to One South Dearborn Street, Chicago, IL 60603. The correct addresses for service of documents in this case are:

Peter I. Ostroff
Mark E. Haddad
Alycia A. Degen
Joshua E. Anderson
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
(213) 896-6000

John W. Treece
Maja C. Eaton
Richard D. Raskin
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

OF COUNSEL:

Peter I. Ostroff
Mark E. Haddad
Alycia A. Degen
Joshua E. Anderson
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
(213) 896-6000

John W. Treece
Maja C. Eaton
Richard D. Raskin
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
      *Attorneys for Defendants*

January 4, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL

Jack B. Blumenfeld (#1014)
R. Judson Scaggs, Jr. (#2676)
Lisa K. Whittaker (#4614)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 4, 2006, a copy of the foregoing was served upon the following counsel of record:

**VIA E-FILING**

Pamela S. Tikellis, Esq.
Robert J. Kriner, Esq.
A. Zachary Naylor, Esq.
Robert R. Davis, Esq.
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Jeffrey S. Goddess, Esq.
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899


Lisa K. Whittaker (#4614)