IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS,<br><br>          Plaintiffs,<br>v.<br><br>ZENECA, Inc. and ASTRAZENECA PHARMACEUTICALS, LP,<br><br>          Defendants. | : Civ. No. 1:05-cv-75 (ER)<br>: (Lead Case) |

**NOTICE OF PLAINTIFFS' POSITION ON DEFENDANTS' MOTION TO SEAL**

1.  This is Plaintiffs' response to Defendants' Motion to Seal Unredacted Amended Consolidated Class Action Complaint ("Motion") (D.I. #87). Plaintiffs take no position on the Motion. Plaintiffs' non-opposition to the Motion should not be construed as a concession that all of the material Defendants seek to redact from the Amended Consolidated Class Action Complaint is confidential or is protectable in some other context including, for example, in the context of a hearing or trial.

2.  In the event the Court grants Defendants' Motion, Plaintiffs will promptly file the Amended Consolidated Class Action Complaint under seal with the Clerk of the Court pursuant to the District of Delaware's local rules and procedural guidelines.

Dated: August 31, 2009

CHIMICLES & TIKELLIS LLP

Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
222 Delaware Avenue
Suite 1100
P.O. Box 1035

Wilmington, Delaware 19899
(302) 656-2500

*Interim Plaintiffs' Liaison Counsel*

LOWEY DANNENBERG COHEN & HART, P.C.
Barbara J. Hart (appearing *pro hac vice*)
Gerald Lawrence (appearing *pro hac vice*)
Scott V. Papp (appearing *pro hac vice*)
One North Broadway, 5th Floor
White Plains, NY 10601 2310
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

*Interim Co-Lead Counsel*

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (appearing *pro hac vice*)
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (212) 907-0700

*Interim Co-Lead Counsel*

SPECTOR, ROSEMAN, KODROFF
   & WILLIS, P.C.
Jeffrey L. Kodroff (appearing *pro hac vice*)
Theodore M. Lieveman (appearing *pro hac vice*)
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300

*Interim Co-Lead Counsel*

CAFFERTY FAUCHER LLP
Ellen Meriwether (appearing *pro hac vice*)
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
Telephone: (215)864-2800

*Proposed Interim Co-Lead Counsel*