IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS<br><br>Plaintiffs,<br><br>v.<br><br>ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, LP,<br><br>Defendants. | Civ. No. 1:05-cv-75-ER<br>(Lead Case)<br><br>**FILED UNDER SEAL** |

**EXHIBIT A TO**
**DEFENDANTS' UNOPPOSED MOTION TO SEAL UNREDACTED PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

        McCARTER & ENGLISH, LLP
        Michael P. Kelly (#2295)
        Daniel M. Silver (#4758)
        Renaissance Center
        405 North King Street, 8th Floor
        Wilmington, DE  19899
        (302) 984-6300

        SIDLEY AUSTIN LLP
        Mark E. Haddad
        Alycia A. Degen
        Joshua E. Anderson
        555 West Fifth Street, Suite 4000
        Los Angeles, CA  90013
        (213) 896-6000

        SIDLEY AUSTIN LLP
        John W. Treece
        One South Dearborn
        Chicago, IL  60603
        (312) 853-7000

Dated:  October 23, 2009        *Attorneys for Defendants*

ME1 9232942v.1