IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS<br><br>                Plaintiffs,<br><br>    v.<br><br>ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, LP,<br><br>                Defendants. | Civ. No. 1:05-cv-75-ER<br>(Lead Case)<br><br>**FILED UNDER SEAL** |

**EXHIBIT A TO
DEFENDANTS' UNOPPOSED MOTION TO SEAL UNREDACTED PLAINTIFFS'
ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

                                      McCARTER & ENGLISH, LLP
                                      Michael P. Kelly (#2295)
                                      Daniel M. Silver (#4758)
                                      Renaissance Center
                                      405 North King Street, 8th Floor
                                      Wilmington, DE  19899
                                      (302) 984-6300

                                        SIDLEY AUSTIN LLP
                                      Mark E. Haddad
                                      Alycia A. Degen
                                      Joshua E. Anderson
                                      555 West Fifth Street, Suite 4000
                                      Los Angeles, CA  90013
                                      (213) 896-6000

                                        SIDLEY AUSTIN LLP
                                      John W. Treece
                                      One South Dearborn
                                      Chicago, IL  60603
                                      (312) 853-7000

Dated:  October 23, 2009                        *Attorneys for Defendants*

ME1 9232942v.1