## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS, | |
| Plaintiffs, | Civil Action No. I:05-cv-75 (ECR) (Lead Case) |
| v. | |
| ZENECA, INC., et al., | |
| Defendants. | |

### NOTICE OF CHANGE OF FIRM ADDRESS

Steve W. Berman
Craig R. Spiegel
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292

*Interim Lead Co-Lead Counsel for Plaintiffs*

Ellen Meriwether
Bryan L. Clobes
CAFFERTY FAUCHER LLP
1717 Arch Street, Suite 3610
Philadelphia, PA  19103
Telephone:  (215) 864-2800

*Interim Lead Co-Lead Counsel for Plaintiffs*

Barbara J. Hart
Gerald Lawrence
LOWEY DANNENBERG COHEN & HART
One North Broadway, 5th Floor
White Plains, NY 10601-2310

*Interim Lead Co-Lead Counsel for Plaintiffs*

Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS LLP
222 Delaware Ave., P.O. Box 1035
Wilmington, DE  19899
Telephone:  (302) 656-2500

*Liaison Counsel for Plaintiffs*

Jeffrey L. Kodroff
Theodore M. Lieverman
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300

*Interim Lead Co-Lead Counsel for Plaintiffs*

- 1 -

PLEASE TAKE NOTICE that, effective February 1, 2010, the Seattle office of the firm Hagens Berman Sobol Shapiro LLP has changed its address to the following:

Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101

The telephone and facsimile numbers will remain the same.  Telephone: (206) 623-7292; Facsimile: (206) 623-0594.

DATED:  January 25, 2010.

        HAGENS BERMAN SOBOL SHAPIRO LLP


By     /s/ Steve W. Berman
   Steve W. Berman
Craig R. Spiegel
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292

*Interim Lead Co-Counsel*

- 1 -