# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PENNSYLVANIA EMPLOYEE BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, JOSEPH MACKEN, and COMMISSIONER LINDA A. WATTERS, | : : : : : : | |
| Plaintiffs, | : : | Civil Action No. I:05-cv-75 (ECR) (Lead Case) |
| v. | : : | |
| ZENECA, INC., et al., | : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

Pursuant to Local Rule 5.4(b), the undersigned counsel hereby certifies that on February 12, 2010, the following requests for discovery were caused to be served by U.S. mail on the counsel of record for plaintiffs listed on the attached service list and by overnight delivery on those whose names have been marked with an asterisk:

1.  AstraZeneca Pharmaceuticals, LP's First Set of Interrogatories to Plaintiff Pennsylvania Employee Benefit Trust Fund;

2.  AstraZeneca Pharmaceuticals, LP's First Set of Requests for Production of Documents to Plaintiff Pennsylvania Employee Benefit Trust Fund;

3.  AstraZeneca Pharmaceuticals, LP's First Set of Interrogatories to Plaintiff Commissioner Linda A. Watters;

4.  AstraZeneca Pharmaceuticals, LP's First Set of Requests for Production of Documents to Plaintiff Commissioner Linda A. Watters;

5.  AstraZeneca Pharmaceuticals, LP's First Set of Interrogatories to Plaintiff AFSCME District Council 47 Health & Welfare Fund;

6.  AstraZeneca Pharmaceuticals, LP's First Set of Requests for Production of Documents to Plaintiff AFSCME District Council 47 Health & Welfare Fund;

7.  AstraZeneca Pharmaceuticals, LP's First Set of Interrogatories to Plaintiff Joseph

    Macken;

8. AstraZeneca Pharmaceuticals, LP's First Set of Requests for Production of Documents to Plaintiff Joseph Macken;

9. AstraZeneca Pharmaceuticals, LP's First Set of Interrogatories to Plaintiff Victoria Scofield;

10. AstraZeneca Pharmaceuticals, LP's First Set of Requests for Production of Documents to Plaintiff Victoria Scofield;

11. AstraZeneca Pharmaceuticals, LP's First Set of Interrogatories to Plaintiff Janet McGrorty;

12. AstraZeneca Pharmaceuticals, LP's First Set of Requests for Production of Documents to Plaintiff Janet McGrorty;

13. AstraZeneca Pharmaceuticals, LP's First Set of Interrogatories to Plaintiff Richard Tikkuri;

14. AstraZeneca Pharmaceuticals, LP's First Set of Requests for Production of Documents to Plaintiff Richard Tikkuri;

15. AstraZeneca Pharmaceuticals, LP's First Set of Interrogatories to Plaintiff Wisconsin Citizen Action;

16. AstraZeneca Pharmaceuticals, LP's First Set of Requests for Production of Documents to Plaintiff Wisconsin Citizen Action;

17. AstraZeneca Pharmaceuticals, LP's First Set of Interrogatories to Plaintiff United Senior Action of Indiana;

18. AstraZeneca Pharmaceuticals, LP's First Set of Requests for Production of Documents to Plaintiff United Senior Action of Indiana;

19. AstraZeneca Pharmaceuticals, LP's First Set of Interrogatories to Plaintiff North Carolina Fair Share; and

20. AstraZeneca Pharmaceuticals, LP's First Set of Requests for Production of Documents to Plaintiff North Carolina Fair Share.

Dated: February 12, 2010       Respectfully Submitted,

McCARTER & ENGLISH, LLP


By: /s/ Daniel M. Silver_____
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Renaissance Center
405 North King Street, 8th Floor
Wilmington, DE 19899
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
mkelly@mccarter.com
dsilver@mccarter.com

SIDLEY AUSTIN LLP
John W. Treece
One South Dearborn
Chicago, IL  60603
(312) 853-7000
jtreece@sidley.com

SIDLEY AUSTIN LLP
Mark E. Haddad
Alycia A. Degen
Joshua E. Anderson
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
(213) 896-6000
mhaddad@sidley.com
adegen@sidley.com
janderson@sidley.com


*Attorneys for Defendants*

## SERVICE LIST

CHIMICLES & TIKELLIS LLP
Pamela S. Tikellis (DE ID No. 2172)
A. Zachary Naylor (DE ID No. 4439)
222 Delaware Avenue
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

*Interim Liaison Counsel*

SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
Jeffrey L. Kodroff[*]
Theodore M Lieveman
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

*Interim Co-Lead Counsel*

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
Craig R. Spiegel[*]
1918 8th Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292

*Interim Co-Lead Counsel*

LOWEY DANNENBERG COHEN & HART, P.C.
Barbara J. Hart[*]
Vincent Briganti
Scott V. Papp
One North Broadway, 5th Floor
White Plains, NY 10601-2310
(914) 997-0500

*Interim Co-Lead Counsel*

CAFFERTY FAUCHER LLP
Ellen Meriwether[*]
Bryan L. Clobes
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
(215) 864-2800

*Interim Co-Lead Counsel*

FINKELSTEIN THOMPSON LLP
L. Kendall Satterfield
Richard M. Volin
1050 30th Street, N.W.
Washington, D.C. 20007
(202) 337-8000

*Attorneys for Plaintiffs*

ZIMMERMAN REED, PLLP
Ronald S. Goldser
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400

*Attorneys for Plaintiffs*

KIRSCHNER & GARTRELL
Richard Kirschner
4910 Massachusetts Ave., NW, Suite 215
Washington, D.C. 20016
(202) 775-0087

*Attorneys for Plaintiffs*

LA1 1748702v.2
ME1 9594499v.1

| | |
|---|---|
| ZWERLING, SCHACHTER & ZWERLING, LLP<br>Robert S. Schachter<br>Joseph Lipofsky<br>Paul Kleidman<br>41 Madison Avenue, 32nd Floor<br>New York, NY 10010<br>(212) 223-3900<br><br>*Attorneys for Plaintiffs* | SOMMERS SCHWARTZ, P.C.<br>Jason J. Thompson<br>2000 Town Center, Suite 900<br>Southfield, MI 48075<br>(248) 355-0300<br><br>*Attorneys for Plaintiffs* |

ROSENTHAL MONHAIT GROSS & GODDESS, P.A.
Jeffrey S. Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433

*Attorneys for Plaintiffs*

LA1 1748702v.2
ME1 9594499v.1