```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

|  |  |
|---|---|
| PENNSYLVANIA EMPLOYEE, : | CIVIL ACTION |
| BENEFIT TRUST FUND, : | NO. 05-075-ER |
| et al., : |  |
| Plaintiffs, : |  |
| v. : |  |
| ZENECA, INC., et al., : |  |
| Defendants. : |  |

### **O R D E R**

**AND NOW**, this **22nd day of February 2010**, it is hereby **ORDERED** that the Joint Motion for Modification of Pretrial Order No. 2 (doc. no. 126) is **GRANTED in part**;

**IT IS HEREBY FURTHER ORDERED** that Pretrial Order No. 2 dated July 15, 2009 (doc. no. 78) is hereby **AMENDED** as follows:

1.  Discovery relating to class certification shall be completed by Friday, August 13, 2010;

2.  Plaintiffs shall file and serve a motion for class certification (if the case has not been dismissed), along with any supporting expert declarations by **Friday, August 13, 2010**;

3.  Defendants shall file and serve their opposition to Plaintiffs' motion for class certification, along with any supporting expert declarations, and any motion(s) for summary judgment, if any, by **Friday, November 12, 2010**;

4. Plaintiffs shall file their reply in support of their motion for class certification and their opposition(s) to Defendants' motion(s) for summary judgment, if any, by **Thursday, February 10, 2011**;

5. Defendants shall file their reply or replies in in support of their motion(s) for summary judgment, if any, by **Tuesday, April 12, 2011**;

6. A hearing on Defendants' motion(s) for summary judgment, if any, shall be held on a date to be set by the Court in Courtroom 11-A, 601 Market Street, Philadelphia, PA.

7. If agreeable to both parties, counsel for Plaintiffs shall telephone Chambers to schedule a settlement conference with a Magistrate Judge;

8. Plaintiffs' counsel shall advise the Court promptly of settlement of the case.

**AND IT IS SO ORDERED.**

    S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**