IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PENNSYLVANIA EMPLOYEE, BENEFIT TRUST FUND, et al., | : : : : | CIVIL ACTION NO. 05-075-ER |
| Plaintiffs, | : : |  |
| v. | : : |  |
| ZENECA, INC., et al., | : : |  |
| Defendants. | : |  |

## **O R D E R**

**AND NOW**, this **26th** day of **May, 2010,** after Plaintiffs having elected not to file a second amended complaint in accordance with the Court's Order dated May 6, 2010 (doc. no. 148), it is hereby **ORDERED** that the case shall be marked as **CLOSED.**

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　S/  EDUARDO C. ROBRENO, J.
　　　　　　　　　　　　　　　　**EDUARDO C. ROBRENO, J.**